USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/02/2019

# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102

**MEMO ENDORSED**

November 27, 2019

**BY ECF**

Hon. Katherine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> **In light the representation that a settlement in this matter had been reached, the Initial Case Management Conference currently scheduled for <u>December 16, 2019</u> is hereby adjourned *sine die*.**
>
> SO ORDERED:
> *Katharine H. Parker*
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
> **12/02/2019**

Re:  *Coronel v. Royal Katsuei Inc., et al.*
Case No. 9-CV-3054 (KHP)

Dear Judge Parker,

We are counsel to the plaintiff in the above-referenced matter. An initial pretrial conference is scheduled before Your Honor on December 16, 2019 at 10:30 a.m. However, the parties are pleased to advise that they have reached a settlement in principle. <u>Accordingly, please accept this letter as the parties' joint request that the conference be adjourned *sine die*, and that they be given thirty (30) days to file their settlement agreement for the Court's review and approval</u>.

We thank the Court for considering this application.

Respectfully submitted,

*Justin Cilenti*

cc: Defense Counsel (by ECF)